No. 02–5493.  EVANS v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 02–5494.  CROSSLIN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–5495.  DAVIS v. COX ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 02–5496.  COLON v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 02–5497.  TOLEDO-YIN v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 02–5498.  BANKS v. LOUISIANA.  Ct. App. La., 4th Cir.  Certiorari denied.

No. 02–5499.  MURRAY v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 02–5500.  KENLEY v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 02–5501.  GRIFFITH v. GALLAGHER ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 02–5502.  GUESS v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 02–5503.  TANNER v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–5504.  WALTON v. VARNER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SMITHFIELD, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 02–5505.  VERETTO v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 02–5506.  MCCOLLUM v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.